JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAX IMPORTS CORP., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>APOLINAR MESINAS, an individual, and EL OAXAQUEÑO IMPORTS, a California business entity of unknown status,<br><br>    Defendants. | Case No. 5:20-cv-01413-PA-SP<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

Presently before the Court is the parties' Stipulation of Dismissal. Having entered into a settlement agreement, the parties request that the Court dismiss this action with prejudice. Good cause appearing, the Court **APPROVES** the Stipulation.

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HERBY ORDERED that the OAX Imports Corp. v. Apolinar Mesinas, et al., Case No. 5:20-cv-01413-PA-SP action be, and hereby is, dismissed with prejudice as to all claims, all causes of action, and all parties,

1  with each party bearing that party's own costs and attorneys' fees.  The Clerk is

2  directed to close the file.

3

4  Dated: November 30, 2020

5  _____
   PERCY ANDERSON
   UNITED STATE DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2            ORDER APPROVING STIPULATION OF
                     DISMISSAL
              (CASE NO. 5:20-CV-01413-PA-SP)